| | |
|---|---|
| DEFENDANT: | DEREK SWINGLE |
| YOB/AGE: | 1985 |
| COMPLAINT FILED? | _____ Yes     __x__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | (1) 21 U.S.C. § 841(a)(1), (b)(1)(C), Possession with intent to distribute a controlled substance |
| LOCATION OF OFFENSE: | Routt County, Colorado |
| PENALTY: | (1) NMT 20 years' imprisonment; NMT $1,000,000 fine; NLT 3 years SR; NMT life SR; $100 SA |
| AGENT: | United States Forest Service SA John Dalen Bunch |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less  ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.

1