IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-mj-00116-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      **DEREK JAMES SWINGLE**
      Defendant

---

### NOTICE OF APPEARANCE

---

Michael Faye, of the Law Firm of Glassman & Faye, PC., hereby enters his appearance in the above captioned case as court appointed counsel under the Criminal Justice Act on behalf of Defendant Derek James Swingle.

      Respectfully Submitted,

      /s/ Michael Faye
      Michael Faye
      Attorney for Defendant
      Reg. #35204
      The Law Firm of Glassman & Faye
      427 West 13th Ave.
      Denver, CO 80204
      Telephone: 720-254-0942
      Fax: 303-265-9481
      Email: Michael@glassmanfaye.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

<u>/s/ Michael Faye</u>
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
427 West 13th Avenue
Denver, CO 80204
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com