AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 11 PM 12: 03

JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-mj-00116-KLM |
| DEREK JAMES SWINGLE, | ) | |
| Defendant | ) | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEREK JAMES SWINGLE, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(C)   Possession with intent to distribute a controlled substance

Date: 03 Jul 2022

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

---

**Return**

This warrant was received on *(date)* 7/3/2022, and the person was arrested on *(date)* 7/5/2022 at
*(city and state)* Craig, CO

Date: 7/5/2022

*Arresting officer's signature*

Aaron Henrichs, Special Agent
*Printed name and title*